UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHAU CHUNG,

Plaintiff,

v.

NATHAN PARSONS,

Defendant.

Case No. 26-cv-08754-HSG

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION FOR SUA SPONTE REMAND**

Re: Dkt. No. 6

The Court has reviewed Magistrate Judge Cisneros's Report and Recommendation for Sua Sponte Remand. Dkt. No. 6. The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

**IT IS HEREBY ORDERED** that the Clerk remand this case to Contra Costa Superior Court and close the file.

**IT IS SO ORDERED.**

Dated: October 29, 2026

HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California